IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**DON KING PRODUCTIONS, INC.,**
**Plaintiff**

v.                                                                    CIVIL NO. 05-1286(DRD)

**EL ROBLE, et al.,**
**Defendants**

| MOTION | RULING |
|---|---|
| **Date Filed:** 06/23/05 **Docket #12** [X] **Plff**   [] **Deft** [ ] **Other** **Title:** Motion or Notification of Partial Voluntary Dismissal | **GRANTED**. Because Plaintiff, has appeared and requested **DISMISSAL WITHOUT PREJUDICE** against the following co-defendants: Boquerón Beach Hotel, Inc., Omar Olivarez Individually, his conjugal partnership; Adalberto Ramírez Rodríguez individually, his conjugal partnership and Birna Ortiz individually, her conjugal partnership, all of them d/b/a Boquerón Beach Hotel, Inc., the Court hereby **GRANTS** plaintiff's request, pursuant to Fed.R.Civ.P. 41(a)(1). **The case will continue against the remaining co-defendants. Judgment** shall be entered accordingly. |

IT IS SO ORDERED**.**
In San Juan, Puerto Rico this 30th day of June 2005.

                                      **S/DANIEL R. DOMINGUEZ**
                                      **DANIEL R. DOMINGUEZ**
                                      **U.S. DISTRICT JUDGE**